**Phyllis A. ANDERSON, Appellee,**

v.

v.

**CITY OF BESSEMER CITY, NORTH CAROLINA, Appellant.**

No. 83–1278.

United States Court of Appeals, Fourth Circuit.

May 24, 1985.

Philip M. Van Hoy, Charlotte, N.C. (Siegel, O'Connor & Kainen, P.C., Charlotte, N.C., Arthur C. Blue, III, Whitesides, Robinson & Blue, Gastonia, N.C., on brief), for appellant.

Jonathan Wallas, John T. Nockleby, Charlotte, N.C. (Chambers, Ferguson, Watt, Wallas, Adkins & Fuller, P.A., Charlotte, N.C., on brief), for appellee.

Before RUSSELL, WIDENER and HALL, Circuit Judges.

PER CURIAM.

Upon consideration of the opinion and order of the United States Supreme Court in *Anderson v. City of Bessemer City, North Carolina* —— U.S. ——, 105 S.Ct. 1504, 84 L.Ed.2d 518 (1985), this Court concludes that the judgment of the district court must be affirmed.

AFFIRMED.